People of State of Illinois, Appellee, v. Angelo Tarranto and Peerless Casualty Co., Appellants.

Gen. No. 46,824. 

First District, First Division.

November 19, 1956.

Released for publication February 11, 1957.

Renfroe Eaton, for defendants-appellants; John Gutknecht, for appellee; Gordon B. Nash, Selig Drezner, Charles D. Snewind, Francis X. Riley, and William Sylvester White, of counsel. Opinion by JUDGE FRIEND. Not to be published in full.